Rodolfo Velasquez
426 Idora Avenue
Vallejo, CA 94591
(209) 487-9876

Plaintiff in:
Propia Persona



FILED
MAY 24 2011

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

RODOLFO VELASQUEZ,

    Plaintiff,

v.

BANK OF AMERICA N.A.,
LTD FINANCIAL SERVICES, L.P.

    Defendants.

CASE No. CV-02491-DMR

**PERSONAL PROOF OF SERVICE**

Respectfully Submitted

/s/ Rodolfo Velasquez

1

Plaintiff's Opposition to Defendants'
Motion to Dismiss.

PERSONAL PROOF OF SERVICE

I'm over the age of eighteen years old and not a party to the within entitle action; I live at 62 Lobos Street, San Francisco, California 94112.  May 23, 2011, I served the following documents:

SUMMONS IN CIVIL ACTION;
COMPLAINT NUMBER CV-11-2491-DMR;
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES.

I personally placed a copy of the document to:

C.T. Corporation System
818 W Seventh Street
Los Angeles, CA 90017

And

LTD Financial Services L.P.
7322 Southwest Freeway, Suite 1600
Houston, TX 77074

I declare under penalty of perjury and accordingly to the best of my knowledge that the foregoing is true and correct.

Salvador Velasquez

Rodolfo Velasquez
58 Lobos Street
San Francisco, CA 94112



```
U.S. POSTAGE
   PAID
SAN FRANCISCO, CA
    94112
  MAY 23, '11
   AMOUNT
   $0.64
 00075601-14
```

1000    94612

Clerk's Office
U.S. District Court
1301 Clay Street, Suite, Suite 400S
Oakand, CA 94612-5225