UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RODOLFO VELASQUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA N.A., LTD FINANCIAL SERVICES, L.P.,<br><br>Defendants. | Case No: C 11-2491 SBA<br><br>**ORDER**<br><br>Docket 5, 6 |

On May 23, 2011, pro se Plaintiff Rodolfo Velasquez ("Plaintiff") filed the instant mortgage fraud action against Defendants, asserting sixteen causes of action, including violations of the Truth in Lending Act, 15 U.S.C. § 1601, and the Real Estate Settlement Act, 12 U.S.C. § 2601. On June 15, 2011, Defendant Bank of America, N.A. ("Defendant") filed a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) and a motion to strike under Rule 12(f). Docket 5,6. Plaintiff did not oppose the motions. Instead, on September 20, 2011, Plaintiff filed an amended complaint. Dkt. 16. On October 14, 2011, Defendant filed a motion to strike Plaintiff's amended complaint because he did not obtain leave of court to file it. Dkt. 21.

Under Federal Rule of Civil Procedure 15(a), a plaintiff has a right as a matter of course to amend the complaint within twenty-one (21) days from the date that a Rule 12(b) motion is filed. Fed.R.Civ.P. 15(a)(1); Joern v. Ocwen Loan Serv., LLC, CV-10-0134,

1  2010 WL 2813769, *2 (E.D. Wash. 2010) (stating that Rule 15(a) provides a plaintiff with
2  the opportunity to file an amended complaint within twenty-one (21) days after a Rule
3  12(b) motion is filed). If this time period has passed, then plaintiff may only amend the
4  complaint with the opposing party's written consent or the court's leave. Fed.R.Civ.P.
5  15(a)(2). Leave shall be freely granted by the court. Id.
6          Defendant is correct that Plaintiff has improperly filed his amended complaint
7  because he did so outside the 21-day window in Rule 15(a) to amend as a matter of course,
8  and otherwise did not obtain Defendant's consent or the Court's permission to file the
9  amended complaint. However, the Court notes the Ninth Circuit's generous standard for
10 granting motions for leave to amend under Rule 15, and its policy of favoring amendments
11 with "extreme liberality." United States v. Webb, 655 F.2d 977, 979 (9th Cir. 1981).
12 Furthermore, the Court notes the standard of liberally construing pro se litigants pleadings.
13 Karim-Panahi v. Los Angeles Police Dep't, 839 F.2d 621, 623 (9th Cir. 1988). In light of
14 these standards, the Court is not inclined to grant Defendant's motion to strike the amended
15 complaint, but will instead require Plaintiff to move to amend the complaint and provide
16 Defendant with an opportunity to oppose, assuming the two are not able to resolve this
17 matter without the Court's intervention after meeting and conferring. Accordingly,
18      IT IS HEREBY ORDERED THAT:
19      1.     Within ten (10) days of the date this Order is filed, the parties shall meet and
20 confer to determine whether the parties are able to file a stipulation pursuant to Federal
21 Rule of Civil Procedure 15(a) permitting Plaintiff to file his amended complaint. The
22 parties are directed to keep in mind the liberal pleading standards applicable to Rule 15
23 motions when meeting and conferring. If the parties agree that Plaintiff may file an
24 amended complaint, Defendant shall file a stipulation with the Court within ten (10) days of
25 the date this Order is filed.
26      2.     If the parties are not able to agree that Plaintiff may file an amended
27 complaint, then within thirty (30) days from the date this Order is filed, Plaintiff shall file a
28 motion for leave to amend his complaint under Federal Rule of Civil Procedure 15, which

shall be heard with Defendant's motion to strike Plaintiff's amended complaint on March 6, 2012 at 1:00 p.m.

3. Within forty-five (45) days from the date this Order is filed, Defendant shall file an opposition or statement of non-opposition to Plaintiff's motion for leave to amend the complaint and Plaintiff shall file an opposition or statement of non-opposition to Defendant's motion to strike the amended complaint.

4. Within fifty-five (55) days from the date this Order is filed, Plaintiff shall file a reply, if any, with regard to his motion for leave to file an amended complaint, and Defendant shall file a reply, if any, with regard to its motion to strike Plaintiff's amended complaint.

5. This Order terminates Docket 5, 6.

IT IS SO ORDERED.

Dated: October 17, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RODOLFO VELASQUEZ,

       Plaintiff,

  v.

BANK OF AMERICA et al,

       Defendant.

                                                                   /

Case Number: CV11-02491 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 18, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rodolfo Velasquez
426 Idora Avenue
Vallejo, CA 94591

Dated: October 18, 2011

                                      Richard W. Wieking, Clerk

                                              By: LISA R CLARK, Deputy Clerk