UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RODOLFO VELASQUEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BANK OF AMERICA N.A., LTD FINANCIAL SERVICES, L.P.,<br><br>　　　　Defendants. | Case No:  C 11-2491  SBA<br><br>**ORDER** |

　　　IT IS HEREBY ORDERED THAT the Case Management Conference currently scheduled for October 25, 2011 is CONTINUED to March 6, 2012 at 1:00 p.m. and will be heard with the currently scheduled hearing on pro se Plaintiff's motion for leave to file an amended complaint and Defendant's motion to strike Plaintiff's amended complaint.  As previously ordered by the Court, the parties are to meet and confer to determine if they are able to resolve the issue of whether Plaintiff may file an amended complaint.  If they are successful in resolving the matter, Defendant shall notify the Court that no hearing is necessary for March 6, 2012 and that the Case Management Conference should be rescheduled.

　　　IT IS SO ORDERED.

Dated: October 21, 2011

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RODOLFO VELASQUEZ,

       Plaintiff,

 v.

BANK OF AMERICA et al,

       Defendant.
_____/

Case Number: CV11-02491 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 24, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rodolfo Velasquez
426 Idora Avenue
Vallejo, CA 94591

Dated: October 24, 2011

                              Richard W. Wieking, Clerk

                                    By: LISA R CLARK, Deputy Clerk