1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Bryan Cave LLP*
*333 Market Street, 25th Floor*
*San Francisco, CA 94105*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| RODOLFO VELASQUEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA N.A.; LTD FINANCIAL SERVICES, L.P.,<br><br>    Defendants. | Case No. 4:11-CV-02491-SBA<br><br>Hon. Saundra Brown Armstrong Presiding<br><br>**STIPULATION AND  HEARING DATE AND BRIEFING SCHEDULING RE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Hearing Date:** **June 19, 2012**<br>**Time:**    **1:00 p.m.**<br><br>Complaint filed May 23, 2011 |

Plaintiff RODOLFO VELASQUEZ and Defendants COUNTRYWIDE HOME

LOANS, INC. and BANK OF AMERICA, N.A. hereby stipulate that:

WHEREAS, Plaintiff has filed an "Ex Parte Motion for Preliminary Injunction, or

in the Alternative for a Restraining Order to Stop Defendants from Foreclosing [on] his

Property Illegally";

WHEREAS, this Court, by Order filed May 7, 2012, Ordered the parties to meet

and confer to determine whether the Court should schedule a hearing date for Plaintiff's

Motion;

WHEREAS, the parties have met and conferred about the issues raised in the

aforementioned Order;

1

Bryan Cave LLP
333 Market Street, 25th Floor
San Francisco, CA 94105

1  WHEREAS, Plaintiff wishes to continue with his Motion for Preliminary Injunction

2  due to the fact that Defendants are unable, at this time, to confirm to Plaintiff cancellation

3  or continuation of the Trustee's Sale Date currently scheduled for June 15, 2012;

4  WHEREAS, the parties agree to set a hearing date for Plaintiff's Motion for

5  Preliminary Injunction for <u>June 19, 2012</u> (which is the Court's first available hearing date

6  as indicated by the Court's website);

7  WHEREAS, Defendants have filed their Opposition to Plaintiff's Motion for

8  Preliminary Injunction on May 4, 2012;

9  WHEREAS, Plaintiff will file his Reply Brief in support of Motion for Preliminary

10  Injunction on <u>May 21, 2012</u>, at which time <u>Plaintiff will additionally request the Court for</u>

11  <u>an Order Shortening Time to hear the Motion for Preliminary Injunction, in advance of the</u>

12  <u>stipulated June 19, 2012 hearing date</u>, in light of the current trustee's sale date of June 15,

13  2012. Plaintiff will request an Order Shortening Time because a continuation of the sale

14  cannot be guaranteed past the current June 15, 2012 sale date;

15  WHEREAS, Defendants agree to make every good faith effort to continue the

16  currently-scheduled June 15, 2012 trustee's sale date, and upon confirmation of a

17  continued sale date, or cancellation of sale date, Plaintiff will be immediately notified.

18

19  DATED: May 16, 2012                    **PLAINTIFF,** *IN PRO PER*

20

21                                                  By:  /s/ Rodolfo Velasquez
                                                          Rodolfo Velasquez

22

23  DATED: May 16, 2012                    **BRYAN CAVE LLP**

24

25                                                  By: /s/ Jessica T. Ehsanian
                                                        Jessica T. Ehsanian

26                                                    Attorneys for Defendants Countrywide Home
                                                      Loans, Inc. and Bank of America, N.A.

27

28

2

1

### **ORDER**

2     Based on the stipulation of the parties and good cause showing, IT IS HEREBY

3 ORDERED that the hearing on Plaintiff's Motion for Preliminary Injunction is currently

4 set for hearing on June 19, 2012.  Plaintiff may file a Reply Brief in support of the Motion

5 for Preliminary Injunction, and Further Request for Order Shortening Time by May 21,

6 2012.

7     IT IS SO ORDERED.

8

9 Dated: _5/18/12                          _____

10                                        Hon. Saundra B. Armstrong, District Court Judge
                                          United States District Court
                                          Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Bryan Cave LLP*
*333 Market Street, 25th Floor*
*San Francisco, CA 94105*

3