1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Bryan Cave LLP
333 Market Street, 25th Floor
San Francisco, CA 94105

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| RODOLFO VELASQUEZ,<br><br>                Plaintiff,<br><br>    v.<br><br>COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA N.A.; LTD FINANCIAL SERVICES, L.P.,<br><br>                Defendants. | Case No. 4:11-CV-02491-SBA<br><br>Hon. Saundra Brown Armstrong Presiding<br><br>**STIPULATION AND  HEARING DATE AND BRIEFING SCHEDULING RE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Hearing Date:**    **June 19, 2012**<br>**Time:**           **1:00 p.m.**<br><br>Complaint filed May 23, 2011 |

Plaintiff RODOLFO VELASQUEZ and Defendants COUNTRYWIDE HOME LOANS, INC. and BANK OF AMERICA, N.A. hereby stipulate that:

WHEREAS, Plaintiff has filed an "Ex Parte Motion for Preliminary Injunction, or in the Alternative for a Restraining Order to Stop Defendants from Foreclosing [on] his Property Illegally";

WHEREAS, this Court, by Order filed May 7, 2012, Ordered the parties to meet and confer to determine whether the Court should schedule a hearing date for Plaintiff's Motion;

WHEREAS, the parties have met and conferred about the issues raised in the aforementioned Order;

WHEREAS, Plaintiff wishes to continue with his Motion for Preliminary Injunction due to the fact that Defendants are unable, at this time, to confirm to Plaintiff cancellation or continuation of the Trustee's Sale Date currently scheduled for June 15, 2012;

WHEREAS, the parties agree to set a hearing date for Plaintiff's Motion for Preliminary Injunction for <u>June 19, 2012</u> (which is the Court's first available hearing date as indicated by the Court's website);

WHEREAS, Defendants have filed their Opposition to Plaintiff's Motion for Preliminary Injunction on May 4, 2012;

WHEREAS, Plaintiff will file his Reply Brief in support of Motion for Preliminary Injunction on <u>May 21, 2012</u>, at which time <u>Plaintiff will additionally request the Court for an Order Shortening Time to hear the Motion for Preliminary Injunction, in advance of the stipulated June 19, 2012 hearing date</u>, in light of the current trustee's sale date of June 15, 2012. Plaintiff will request an Order Shortening Time because a continuation of the sale cannot be guaranteed past the current June 15, 2012 sale date;

WHEREAS, Defendants agree to make every good faith effort to continue the currently-scheduled June 15, 2012 trustee's sale date, and upon confirmation of a continued sale date, or cancellation of sale date, Plaintiff will be immediately notified.

DATED: May 16, 2012                **PLAINTIFF,** ***IN PRO PER***


By: ___/s/ Rodolfo Velasquez_____
      Rodolfo Velasquez


DATED: May 16, 2012                **BRYAN CAVE LLP**


By: /s/ Jessica T. Ehsanian_____
      Jessica T. Ehsanian
      Attorneys for Defendants Countrywide Home
      Loans, Inc. and Bank of America, N.A.

*Bryan Cave LLP*
*333 Market Street, 25ᵗʰ Floor*
*San Francisco, CA 94105*

2

1

## <u>ORDER</u>

2    Based on the stipulation of the parties and good cause showing, IT IS HEREBY

3 ORDERED that the hearing on Plaintiff's Motion for Preliminary Injunction is currently

4 set for hearing on June 19, 2012.  Plaintiff may file a Reply Brief in support of the Motion

5 for Preliminary Injunction, and Further Request for Order Shortening Time by May 21,

6 2012.

7    IT IS SO ORDERED.

8

9 Dated:  _5/18/12

10 Hon. Saundra B. Armstrong, District Court Judge
United States District Court
11 Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Bryan Cave LLP
333 Market Street, 25th Floor
San Francisco, CA 94105