UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RODOLFO VELASQUEZ,<br><br>  Plaintiff,<br><br> v.<br><br>COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA, N.A.; LTD FINANCIAL SERVICES, L.P.,<br><br>  Defendants. | Case No: C 11-02491 SBA<br><br>**DISMISSAL ORDER** |

On May 23, 2011, pro se Plaintiff Rodolfo Velasquez ("Plaintiff") filed the instant mortgage fraud action alleging sixteen claims against Defendants Countrywide Home Loans, Inc., Bank of America, N.A., and LTD Financial Services, L.P. Compl., Dkt. 1. On November 16, 2011, Plaintiff filed a second amended complaint ("SAC") alleging twenty claims against Defendants. Dkt. 28. The Court has original jurisdiction, 28 U.S.C. § 1331, over Plaintiff's federal claims under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 et seq., the Truth in Lending Act ("TILA"), 15 U.S.C. § 1601, et seq., and the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. § 2601, et seq. The Court has supplemental jurisdiction, 28 U.S.C. § 1367, with respect to Plaintiff's state law claims.

On June 21, 2012, this Court issued an Order granting in part and denying in part Defendants Countrywide Home Loans, Inc. and Bank of America, N.A.'s (collectively "Defendants") motion to dismiss. Dkt. 67. The motion was granted with respect to Plaintiff's FDCPA, TILA, and RESPA claims as to all Defendants. Plaintiff's FDCPA claim and TILA claim for rescission were dismissed with prejudice, while Plaintiff's

1  RESPA claim was dismissed with leave to amend.  The motion was denied in all other
2  respects without prejudice.  The Court ordered Plaintiff to file a third amended complaint
3  within twenty-one (21) days of June 21, 2012.  The Court warned Plaintiff that the failure
4  to file a third amended complaint by the deadline will result in the dismissal of his RESPA
5  claim with prejudice and the dismissal of his remaining state law claims without prejudice
6  to the filing of these claims in a state court action.  To date, Plaintiff has not filed a third
7  amended complaint.
8        Accordingly, because more than 21 days have elapsed since the Court's June 21,
9  2012 Order, Plaintiff's RESPA claim is DISMISSED with prejudice.  Having now
10 dismissed all of the federal claims alleged in the SAC, the Court declines to assert
11 supplemental jurisdiction over Plaintiff's remaining state law claims.  See 28 U.S.C. §
12 1367(c)(3) (a district court may decline to exercise supplemental jurisdiction if it has
13 dismissed all claims over which it has original jurisdiction); see also Sanford v.
14 MemberWorks, Inc., 625 F.3d 550, 561 (9th Cir. 2010) (" '[I]n the usual case in which all
15 federal-law claims are eliminated before trial, the balance of factors to be considered under
16 the pendent jurisdiction doctrine – judicial economy, convenience, fairness, and comity –
17 will point toward declining to exercise jurisdiction over the remaining state-law claims.' ");
18 Harrell v. 20th Century Ins. Co., 934 F.2d 203, 205 (9th Cir. 1991) ("it is generally
19 preferable for a district court to remand remaining pendant claims to state court. . . .").
20       For the reasons stated above, IT IS HEREBY ORDERED THAT:
21       1.    Plaintiff's RESPA claim is DISMISSED with prejudice.
22       2.    The Court declines to assert supplemental jurisdiction over Plaintiff's
23 remaining state law claims, which are dismissed without prejudice to the refiling of these
24 claims in a state court action.
25       3.    The Clerk shall close the file and terminate all pending matters.
26       IT IS SO ORDERED.
27 Dated: 8/17/12
28                                                           SAUNDRA BROWN ARMSTRONG
                                                           United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RODOLFO VELASQUEZ,

       Plaintiff,

 v.

BANK OF AMERICA et al,

       Defendant.
_____/

Case Number: CV11-02491 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 20, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rodolfo Velasquez
426 Idora Avenue
Vallejo, CA 94591

Dated: August 20, 2012

                                Richard W. Wieking, Clerk
                                By: Lisa Clark, Deputy Clerk